UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JESSE EUGENE JONES,

                    Petitioner,

v.                                                          Case No. 01-71602
                                                            HONORABLE AVERN COHN
CATHY BAUMAN,

                    Respondent.
_____/


## ORDER CONSTRUING PETITIONER'S OBJECTIONS AS A MOTION FOR RECONSIDERATION AND DENYING RECONSIDERATION


        This is a habeas case under 28 U.S.C. § 2254.  Petitioner Jesse Eugene Jones

challenged his state convictions for murder in the second degree, assault with intent to

commit murder, and possession of a firearm during the commission of a felony.  On

May 4, 2011, the Court denied the petition on the merits and declined to issue a

certificate of appealability.  Doc. 37.  A judgment of dismissal entered on May 5, 2011.

Doc. 38.

        On May 20, 2011, Petitioner filed a paper styled "Objections."  Doc. 39.  Because

the case is closed, the Court construes this filing as a motion for reconsideration.  In the

motion, Petitioner presents the same arguments considered and rejected in denying

habeas relief.  As fully explained in the May 4, 2011 memorandum and order, Petitioner

is not entitled to habeas relief on any of his claims.  Reconsideration is not warranted.

See E.D. Mich. LR 7.1(h)(3).  Accordingly, Petitioner's motion is DENIED.

SO ORDERED.

Dated:  May 26, 2011                                    S/Avern Cohn
                                                       AVERN COHN
                                                       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Jessie Jones, 260563, Baraga Maximum Correctional Facility, 13924 Wadaga Road, Baraga, MI 49908 and the attorneys of record on this date, May 26, 2011, by electronic and/or ordinary mail.

                                                       S/Julie Owens
                                                       Case Manager, (313) 234-5160